DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

Entered on Docket
July 30, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed: July 30, 2010

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:
DAVID CEVALLOS
SSN #1 ###-##-9533
SSN #2

Debtor(s)

Chapter 13
Case No: 09-1-0890 AJ13

ORDER OF DISMISSAL

At the Motion to Dismiss hearing, the Court ordered debtor(s) to make a plan payment of $503.54 by 07/22/2010.  Debtor(s) did not comply with this order.  A Declaration of David Burchard, Chapter 13 Trustee, Regarding Debtor's Failure to Comply with a court order was filed on July 28, 2010.

Upon consideration of the Motion to Dismiss, made by DAVID BURCHARD, Trustee in the above entitled case, which has come for hearing on July 22, 2010 and proof having been given to the satisfaction of the Court that said motion and hearing thereon was duly served upon the debtor and debtor's counsel, and the allegations of the Trustee's motion having been found to be true; and good cause appearing:

IT IS NOW ORDERED that the debtor's proceedings herein be dismissed, and that any restraining orders heretofore entered in these proceedings are vacated.  The Chapter 13 Trustee shall submit at a later date his Trustee's Final Report for approval by the Court.

**END OF ORDER**